UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                CASE NO. 10 B 23358
                                                      CHAPTER 13
FRANCISCO QUEZADA
ERENDIRA QUEZADA                                      JUDGE JACQUELINE P COX

        DEBTORS                                       **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN
files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed
below has been paid in full.

**Name of Creditor:** <u>JPMORGAN CHASE BANK NATIONAL</u>

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 48 | 09032150 7345ROGERS | $21,824.78 | $22,124.78 | $22,124.78 |
| Total Amount Paid by Trustee | | | | | $22,124.78 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit           **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors
have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 10-23358-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 20th day of May, 2014.

Debtor:
FRANCISCO QUEZADA
ERENDIRA QUEZADA
7345 N RODGERS AVE
CHICAGO, IL  60626

Attorney:
DANIEL J WINTER
53 W JACKSON BLVD #718
CHICAGO, IL  60604
via Clerk's ECF noticing procedures

Mortgage Creditor:
CHASE HOME FINANCE LLC
% CODILIS & ASSOCIATES
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
CHASE HOME FINANCE LLC
% CODILIS & ASSOCIATES
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Creditor:
JPMORGAN CHASE BANK
NATIONAL
3415 VISION DR
OH4-7142
COLUMBUS, OH  43219

Mortgage Creditor:
CHASE MANHATTAN MORTGAGE
% FISHER & SHAPIRO
2121 WAUKEGAN RD # 301
BANNOCKBURN, IL  60015

Mortgage Creditor:
JPMORGAN CHASE BANK NA
PO BOX 201347
ARLINGTON, TX  76006

ELECTRONIC SERVICE - United States Trustee

Date:  May 20, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603